IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

              Plaintiff,

      v.

JERRY LEE WARD,

              Defendant.

ORDER

08-cv-148-bbc
06-cr-157-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On March 17, 2008, defendant filed a motion for postconviction relief pursuant to

28 U.S.C § 2255, along with a motion for a sixty-day extension of time in which to file a

brief and affidavit in support of his motion.  In an order entered on March 24, 2008, I gave

defendant 30 days within which to file his supporting documentation.  Defendant has now

written to the court requesting that his motion be withdrawn (dkt 57).

1

Copy of this document has been
provided to: _Defendant_
this _24_ day of _Apr_, 20 _08_
by _____
S. Vogel, Secretary to
Judge Barbara B. Crabb

ORDER

IT IS ORDERED that defendant's motion filed on March 17, 2008, is considered to have been withdrawn.

Entered this _____*23d*_____ day of April, 2008.

BY THE COURT:

*Barbara B. Crabb*

BARBARA B. CRABB
District Judge

2